IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CRIMINAL CASE NUMBER: |
| CHRISTINA MARIE WILSON, | : | 1:19-CR-00361-AT-JSA |
| Defendant. | : | |

## FINAL REPORT AND RECOMMENDATION

Defendant is a former prison guard at Autry State Prison in Pelham, Georgia, who is accused of smuggling contraband into the prison. Defendant was charged with these same violations in a prior case, 1:16-CR-27-AT-JSA ("*Wilson I*"), which the case was dismissed without prejudice because of a Speedy Trial Act violation on July 25, 2018. *See Wilson I* Docket, Doc. 187. Prior to dismissal of *Wilson I*, Defendant moved to suppress her statements to law enforcement beginning during a search of her residence on September 30, 2015. *Id.*, Doc. 75. After extensive briefing, two evidentiary hearings, and two reports and recommendations from the undersigned, the District Court ultimately denied the Defendant's Motion to Suppress Statements. *Id.*, Doc. 149.

The case has now been re-indicted and the same charges have been re-instated. Defendant has also now filed two motions to suppress [24, 30], which counsel concedes are substantively the same motion to suppress statements that

1

was fully litigated and denied in *Wilson I*. At the pretrial conference, defense counsel confirmed that are no new facts or legal theories being submitted as relevant to suppression. Thus, the parties agreed that it would be appropriate for the Court and the parties to rely on the record in *Wilson I* relating to the Motion to Suppress Statements (*Wilson I* Docket, Doc. 75), including all subsequent briefs, exhibits and transcripts, and for the Court to thereby adopt its prior reports and recommendations and orders in *Wilson I* on this issue. The undersigned therefore adopts its prior reports and recommendations on Defendant's Motion to Suppress Statements – *see Wilson I* Docket, Docs. 96, 130 – and finds that the instant Motions [24][30] should be denied for the same reasons.

## CONCLUSION

The **CLERK** is **DIRECTED** to file the following documents relating to the Motion to Suppress Statements from the *Wilson I* docket as filings in this case: 75, 84, 86, 88, 91, 95, 96, 102, 108, 114, 125, 126, 127, 128, 130, 133, 135, 149. The parties are **ORDERED** to file copies of all exhibits from the evidentiary hearings in *Wilson I* within Fourteen (14) days.

For the reasons expressed in the Court's prior reports and recommendations, *see Wilson I* Docket, Docs. 96, 130, the Court **RECOMMENDS** that Defendant's

current Motions [24, 30] be **DENIED**.

This matter is **READY FOR TRIAL**.

**IT IS SO RECOMMENDED** this 7th day of February, 2020

_____
**JUSTIN S. ANAND**
**UNITED STATES MAGISTRATE JUDGE**